UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ALEXANDER MOLDOVAN, et al.,**

      Plaintiffs,              Case No. 2:19-cv-12690
                                      Hon. Gershwin Drain

v.

**ORGAN PROCUREMENT**
**AGENCY OF MICHIGAN,**

      Defendant.

---

| | |
|---|---|
| Maia Braun Johnson (P40533) | Robert A. Boonin (P38172) |
| Attorney for Plaintiffs | Attorney for Defendant |
| GOLD STAR LAW, P.C. | DYKEMA GOSSETT PLLC |
| 2701 Troy Center Dr., Ste. 400 | 2723 S. State Street, Ste. 400 |
| Troy, MI  48084 | Ann Arbor, MI  48104 |
| mjohnson@goldstarlaw.com | rboonin@dykema.com |
| (248) 295-7210 | (313) 568-6707 |

---

**ORDER GRANTING JOINT MOTIONS TO APPROVE SETTLEMENT**
**AGREEMENTS AND FOR DISMISSING OF ALL CLAIMS BY**
**PLAINTIFFS, IN THEIR ENTIRETY,**
**WITH PREJUDICE AND WITHOUT FEES OR COSTS**

At a session of said Court, in Detroit, Michigan,
this 8th day of April, 2020
Hon. Gershwin Drain, Presiding

Plaintiffs ALEXANDER MOLDOLVAN and DIANE HEMINGWAY, and Defendant ORGAN PROCUREMENT AGENCY OF MICHIGAN (hereinafter "OPAM"), through their respective undersigned counsel, having filed Joint Motions

to approve the Settlement Agreements reached on behalf of each Plaintiff and to dismiss their respective claims, and based on the below Stipulations, this COURT rules as follows:

1. The separate settlement agreements reached by Defendant with each Plaintiff and as presented to this Court, in which Plaintiffs have agreed to resolve their claims for unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA") are APPROVED; and

2. Since these settlements resolve all claims in this lawsuit (and otherwise), and as requested by the parties through the referenced motions,

IT IS HEREBY ORDERED that this matter is also DISMISSED, with prejudice and without fees or costs.

This Order resolves all claims in this matter and thereby constitutes the last Order in this matter. Consequently, this matter shall be deemed CLOSED.

s/Gershwin A. Drain  
Hon. Gershwin Drain

**STIPULATED AND APPROVED AS TO SUBSTANCE AND FORM:**

| **GOLD STAR LAW, P.C.** | **DYKEMA GOSSETT PLLC** |
|---|---|
| By:     /s/ Maia Johnson Braun     | By:    /s/ Robert A. Boonin         |
|    Maia Johnson Braun (P40533) |    Robert A. Boonin (P38172) |
|    Attorney for Plaintiffs |    Attorneys for Defendant |
|    2701 Troy Center Drive, Ste. 400 |    2723 South State Street, Ste. 400 |
|    Troy, MI  48084 |    Ann Arbor, MI  48104 |
|    mjohnson@goldstarlaw.com |    rboonin@dykema.com |
|    (248) 295-7210 |    (313) 568-6707 |
| Dated: March 13, 2020 | Dated:  March 13, 2020 |